

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-22-00349-CV

Scott Ralph **WHEELOCK** aka Scott Wheelock, et al.,
Appellant

v.

**KERR COUNTY**, Headwaters Groudwater Conservation District, Kerr County Emergency
Services District #2, Kerr County Lateral Roads, Upper Guadalupe River Authority, Harper
Independent School District,
Appellees

From the County Court at Law, Kerr County, Texas
Trial Court No. 21317A
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief was due on August 24, 2022. Neither the brief nor a motion for extension of time has been filed. We therefore **ORDER** appellant to file, **by September 29, 2022**:

(1) his brief; and
(2) a written response reasonably explaining: (a) his failure to timely file a brief; and (b) why appellee is not significantly injured by appellant's failure to timely file a brief.

If appellant fails to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Beth Watkins, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court